# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMON VASQUEZ,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| | : | No. 22-2379 |
| v. | : | |
| | : | |
| **JOHN RIVELLO, et al.** | : | |
| Respondents. | : | |

## ORDER

This 9th day of December, 2022, upon careful and independent consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Petitioner, ECF 1, the record in this case, the Report and Recommendation of United States Magistrate Judge Scott Reid, and Petitioner's Objections to Report and Recommendation, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED;**

2. Petitioner's Objections are **OVERRULED;**[1]

3. The Petition for Writ of Habeas Corpus is **DENIED;** and

4. There is no basis for the issuance of a certificate of appealability.

        /s/ Gerald Austin McHugh
United States District Judge

---

[1] Where a petitioner's objections merely rehash and reframe the underlying arguments set forth in their original petition, the Court is not obligated to separately address any issue that was thoroughly and correctly analyzed by the Magistrate Judge. *See Morgan v. Astrue,* No. 08-2133, 2009 WL 3541001 (E.D. Pa. Oct. 30, 2009) (Buckwalter, J.) (collecting cases). To the extent that Vasquez's objection to Judge Reid's findings on Ground 1 arises from Judge Reid's use of two out-of-circuit cases to supplement his reasoning regarding Vasquez's claim, I find no error in Judge Reid's description or use of those cases.